UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-8226**

EUGENE ERNST JACKSON,

              Petitioner – Appellant,

        v.

UNITED STATES OF AMERICA,

              Respondent – Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, Senior District
Judge.   (1:09-cv-02778-WMN; 1:01-cr-00464-WMN)

Submitted:  June 1, 2010              Decided:  June 7, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eugene Ernst Jackson, Appellant Pro Se.   Michael Joseph Leotta,
Assistant  United  States  Attorney,  Baltimore,  Maryland,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eugene Ernst Jackson appeals the district court's order denying his motion for Writ of Audita Querela pursuant to the All Writs Act, 28 U.S.C. § 1651 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Jackson v. United States</u>, Nos. 1:09-cv-02778-WMN; 1:01-cr-00464-WMN (D. Md. Oct. 28, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>